IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RENE REID ) | | Case No: 1:08-CV-2532 |
| Plaintiff ) | | Judge Bokyo |
| ) | | Magistrate Judge Baughman |
| vs. ) | | |
| BOOKMASTERS, INC. ) | | Rule 41 (a) Notice of Dismissal |
| Defendant ) | | |

Now comes plaintiff, Rene Reid, by and through counsel, and hereby dismisses without prejudice the above captioned complaint, in accordance with Federal Rule of Civil Procedure 41(A).

Respectfully Submitted,

By: /s/ Jay F. Crook
Jay F. Crook (0078499)
jcrook@euclidavelaw.com
30601 Euclid Avenue
Wickliffe, OH 44092
Phone: 440-944-7020
Fax: 440-943-3096
Counsel for Plaintiff

PROOF OF SERVICE

I hereby certify that on February 2, 2008, a true and correct copy of the foregoing Plaintiff's Rule 41(a) Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following: Brian J.Halligan 930 Claremont Avenue, P.O. Box 455 Ashland, OH 44805 BHalligan@halliganandassociates.com, Counsel for Defendants.

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
FEBRUARY 3, 2009